# PULI-SISTEM SRL

CAPITALE SOCIALE € 51.645,69 I.V.
VIA MANARA, 11 - 26010 - AZZANELLO
Tel: 0374-66808 - Fax: 0374-66808
P.IVA 01226170197 - C. Fisc. 01226170197

*[handwritten: 2007 World Dairy Expo / Teat Scrubber / It went to "Hoards Dairy"]*

Lisowe Dairy System
128 M-B Lane
- Chilton, WI 53014, USA ()

*[handwritten date: 9/11/07]*

| N°Fattura | Data Fattura | Cod. Cliente | P.·IVA o Cod. Fiscale Cliente | Agente | Pag. |
|---|---|---|---|---|---|
| 177,00-07 | 11/09/2007 | 431,00 | | Giuliano Vecchia | 1 |

| Tipo di Pagamento | Banca d'appoggio |
|---|---|
| BONIFICO 30 GG. D. FATT. | |

Riferimento Ordine

Riferimento Bolla

| Cod.Prod. | Descrizione *ANIMAL WASH System* | U.M. | Q.ta | Prezzo Un. | %Sc | Importo Totale | C.IVA |
|---|---|---|---|---|---|---|---|
| | F 50 Maxi with n. 2 hand units - ml 20 integrated tube - n. 20 pulleys - n. 01 washing box - kg 06 pull-clean. | Nr. | 1,00 | 7.100,00 | | 7.100,00 | 4 |
| | | | | *8436.80.00* | *90/Free* | | |
| T. 16 12 | Brushes *9603 50 0000/Free* | Nr. | 720,00 | 7,43 | | 5.349,60 | 4 |
| | Operazione non imponibile ex art. 8 Lettera A D.P.R. 633/72 | | | | | | |
| | Merce di origine Italiana Cod. Dog. 84349000.00 | | WE DECLARE THAT THE GOODS DESCRIBED IN THIS INVOICE HAVE BEEN MANUFACTURED IN ITALY AND ANSWER THE REGULATIONS IN FORCE, REGARDING THE ORIGIN, WHICH CONTROL THE EXCHANGE OF GOODS WITH U.S.A. ...WE UNDERTAKE TO PRESENT, BY REQUEST OF THE suitable customs authorities, ALL THE PERTINENT DOCUMENTATION | | | | |
| | UNICREDIT BANCA | | | | | | |
| | PIAZZA DELLA LIBERTA' | | | | | | |
| | 26100 - CREMONA | | | | | | |
| | SWIFT CODE: UNICRITB10U8 | | | | | | |
| | IBAN: IT 11 L 02008 11402 000040407927 | | | | | | |
| | ACCOUNT: 40407927 | | | | | | |
| | EXCHANGE RATE 1,39 = 12.722,28 | | | | | | |

*[stamp: PULI - SISTEM srl / Via Luciano Manara, 11 Tel. 0374 66808 / 26010 AZZANELLO (Cremona) / Partita IVA 01226170197]*

| Totale Merce | Sconto % | Totale Sconto | Trasporto | C.IVA: 4 | Imballo | C.IVA: | Spese | C.IVA: |
|---|---|---|---|---|---|---|---|---|
| 12.449,60 | -30,00 | 3.734,88 | 438,00 | | | | | |

| Cod.IVA | Imponibile | % IVA | Imposta | ESENZIONI |
|---|---|---|---|---|
| 4 | 9.152,72 | | 0% | |

CONTRIBUTO CONAI ASSOLTO OVE DOVUTO
Note: 0

| Totale Imponibile | Totale Imposta | Totale Esente | Bolli |
|---|---|---|---|
| . | | 9.152,72 | |

SCADENZE
Data 1° Scadenza: 23/06/2007
Importo: € 9.152,72

*[handwritten: ROE - 1.390400]*
*[handwritten: TV$ ~~10,11,12,13,14~~ 17,309.92]*

| Totale Fattura |
|---|
| € 9.152,72 |

LDS-00470
Exhibit B
Page 1 of 1