

**WAUSAU CHEMICALS**

WAUSAU CHEMICAL CORP.
P.O. BOX 953
WAUSAU WI 54402

Telephone: (715) 842-2285
Fax ...: (715) 842-9059

Page: 1 of 1
Invoice date: 6/30/2009
Shipping date: 6/24/2009
Due date: 6/30/2009
Invoice #: INV-176378

RECEIVED JUL 0 8 2009 BY: ___

SOLD TO
LDS, INC
DBA LISOWE DAIRY SYSTEMS
946 PROGRESS WAY
CHILTON WI 53014

SHIP TO
LDS, INC
946 PROGRESS WAY
CHILTON WI 53014

| Order No. | Order date | Customer account | Location | Sales rep | Customer reference | Shipment | Delivery |
|---|---|---|---|---|---|---|---|
| SO-182207 | 6/24/2009 | WC2262 | WA | DS | 9000 | 27 | 1 |

| Tax | Item number | Unit | Description | Quantity | Unit price | Total price |
|---|---|---|---|---|---|---|
| N | 2405 | DM55 | HTF - PG - ND (55 GAL) | 4.00 | 600.45 | 2,401.80 |
| N | 7422 | DM500 | CITRIC ACID-25% (500#) | 1.00 | 292.15 | 292.15 |
| N | 3245 | DM555 | SODIUM CHLORITE-25% (555#) | 1.00 | 755.40 | 755.40 |
| N | 1243 | EA | DELIVERY CHARGE | 1.00 | 40.00 | 40.00 |

*Handwritten notes:*
Concentrate = 55 gal.
× 10
Ready To Use = 550 gal.
15 gal/mth
30 mths of product
cost = 1,047.55
1.89 cost/gal.
cost = $28.35/mth

Terms are COD

Past due accounts are subject to late payment charge of 1.0 % per month

Sales balance: 3,489.35
Tax / Fee amount: 0.00
Total amount: 3,489.35 USD

---

FOLD, DETACH AND SEND WITH YOUR CHECK

LDS, INC
DBA LISOWE DAIRY SYSTEMS
946 PROGRESS WAY
CHILTON WI 53014

Invoice # ....: INV-176378
Date .......: 6/30/2009
Invoice amount : 3,489.35
Customer account : WC2262

Please send this detached remittance with your payment. If you are paying amounts other than this invoice or are making adjustments, please indicate in the comment section. Thank you for your payment and your business.

Comments

*Handwritten notes:*
675
$1,080.00
120.00
42.15 × 15 = 632.25
8.41 × 15 = 126.15
758.40
× .9   682.56

LDS-01233
Exhibit G
Page 1 of 1