**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# STATEMENT

Statement Date: Oct 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

To:
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

*handwritten:* Sep. 11 5-02.62
Rep: 565.75

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| 9/13/09 | S28007-Main | | Service Tech. After Hours | 105.00 | 565.75 | 105.00 |
| | | | Service Tech Trip Charge | 15.00 | | 120.00 |
| | | | RUN | 48.21 | | 168.21 |
| | | | CAPACITOR,80MFD,370/440VAC,RD | | | |
| | | | R22 Freon | 151.92 | | 320.13 |
| | | | 3/4" WATER VALVE | 245.62 | | 565.75 |
| | | | Prob: #1 compressor very hot & empty of freon - water valve leaked all freon out. | | | 565.75 |
| | | | Sol: Cooled compressor down, replaced water valve & pumped system down. Charged system up, changed run cap to 80mfd & tested system. | | | 565.75 |
| 9/17/09 | R093461 | | SODIUM CHOLORITE CONCENTRATE | 67.86 | 5017.77 | 633.61 |
| | | | CITRIC ACID CONCENTRATE | 8.41 | | 642.02 |
| | | | IO SOFT 1000+10 | 1,696.20 | | 2,338.22 |
| | | | 4.875 x 33 SOCK KEN AG | 231.20 | | 2,569.42 |
| | | | LINER,MAGNUM 500M | 612.00 | | 3,181.42 |
| | | | 7" CUT CLEAR AIR TUBE | 43.50 | | 3,224.92 |
| | | | Cleaner,Lobe,V.P., | 67.74 | | 3,292.66 |
| | | | DIAPHRAGM,AIR INJECTOR | 23.79 | | 3,316.45 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage **IA-10%**
Discount Total $ *1310.93*

Amount due if payment is received in our office by the 20th of the month and account is current $ *26857.37*

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 27,898.30 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

*handwritten:*
−14,789.
12,068.37

Exhibit I
Page 1 of 10

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# STATEMENT

Statement Date: Oct 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

To:

Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| | | | DISK,RUBBER,AIR INJECTOR | 14.41 | | 3,330.86 |
| | | | GRAPH-PULSATOR - NO CHARGE | | | 3,330.86 |
| | | | Front Flange | 225.40 | | 3,556.26 |
| | | | Brush For PS | 1,548.00 | | 5,104.26 |
| | | | S.S. "T"Ferrule for Bush Cover | 416.88 | | 5,521.14 |
| | | | Pulley-Aluminum for I. Tube | 62.38 | | 5,583.52 |
| 9/23/09 | P091391 | | Brush Cover | 96.52 | 251.12 | 5,680.04 |
| | | | Small Plastic Gear for Brush | 154.60 | | 5,834.64 |
| 9/28/09 | R093563 | | IO SOFT 1000+10 | 3,392.40 | 3392.40 | 9,227.04 |
| 10/1/09 | R093599 | | FUL-BAC LIQ SNTZR 55G | 259.57 | 3882.26 | 9,486.61 |
| | | | BAC-DROP SANITIZER 15G | 305.86 | | 9,792.47 |
| | | | LINER,MAGNUM 500M | 612.00 | | 10,404.47 |
| | | | 7" CUT CLEAR AIR TUBE | 33.00 | | 10,437.47 |
| | | | KIT,HOSE,GUARDIAN II | 36.89 | | 10,474.36 |
| | | | DIAPHRAGM,RUBBER | 20.52 | | 10,494.88 |
| | | | 5/8" HOSE-ULTRA CLEAN | 19.25 | | 10,514.13 |
| | | | TUBE, B44-4X 3/8 ID X 1/16 WAL | 2.24 | | 10,516.37 |
| | | | DIAPHRAGM | 1,265.45 | | 11,781.82 |
| | | | ASSY,SENSOR/SHUTOFF | | | |
| | | | GRAPH-PULSATOR - NO CHARGE | | | 11,781.82 |
| | | | 2112 FILTER -REGULATOR FILTER | 24.30 | | 11,806.12 |
| | | | 2112 FILTER -PULSATION FILTER | 47.31 | | 11,853.43 |
| | | | Trigger Switch | 114.16 | | 11,967.59 |
| | | | Small Plastic Gear for Brush | 154.60 | | 12,122.19 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage **IA-10%**
Discount Total $ _____

Amount due if payment is received in our office by the
20th of the month and account is current $ _____

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 27,898.30 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit I
Page 2 of 10

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# STATEMENT

Statement Date: Oct 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

To:
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| | | | S.S. Gear Bearing | 150.33 | | 12,272.52 |
| | | | Carrier Flange for Bearings | 155.50 | | 12,428.02 |
| | | | Flex.Drv.Cable Asy.Rev091107 | 391.72 | | 12,819.74 |
| | | | Brush Cover | 289.56 | | 13,109.30 |
| 10/5/09 | J3209 | | Puli-Sistems complete 2 hand unit | 11,147.00 | 14789.00 | 24,256.30 |
| | | | Includes teat scrubbers Washing Box and controls | | | 24,256.30 |
| | | | Spare Scrubber Assy with motor | 2,642.00 | | 26,898.30 |
| | | | Freight | 500.00 | | 27,398.30 |
| | | | Labor | 500.00 | | 27,898.30 |
| | | | Customer has 90 days to pay from 8/3/09. Due date is 11/3/09 | | | 27,898.30 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage   IA-10%
Discount Total   $ _____

Amount due if payment is received in our office by the 20th of the month and account is current   $ _____

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 27,898.30 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit I
Page 3 of 10

# Invoice

LDS inc d/b/a Lisowe Dairy Systems  
946 Progress Way  
Chilton, WI  53014  
USA

Voice: 920-849-2459  
Fax: 920-849-4713

**Invoice Number:** R093461  
**Invoice Date:** Sep 17, 2009  
**Page:** 1

Duplicate

**Sold To:**  
Drake, James  
W7579 Sexton Rd.  
Elkhart Lake, WI  53020

**Ship to:**  
Jim  
W 7579 Sexton Rd.  
Elkhart Lake, WI  53020

| Sales / Service Rep | Customer ID | Ship Date |
|---|---|---|
| Truck 2 | 1043 | |

| Quantity | Description | Unit Price | Extension |
|---:|---|---:|---:|
| 1.00 | Citric Acid, 25% | 503.70 | 503.70 |
| 1.00 | SODIUM CHLORIDE, 25% | 1,302.39 | 1,302.39 |
| 220.00 | IO SOFT 1000+10 | 7.71 | 1,696.20 |
| 1.00 | 4.875 x 33 SOCK KEN AG | 231.20 | 231.20 |
| 144.00 | LINER,MAGNUM 500M | 4.25 | 612.00 |
| 29.00 | 7" CUT CLEAR AIR TUBE | 1.50 | 43.50 |
| 1.00 | Cleaner,Lobe,V.P., | 67.74 | 67.74 |
| 2.00 | DIAPHRAGM,AIR INJECTOR | 11.90 | 23.79 |
| 2.00 | DISK,RUBBER,AIR INJECTOR | 7.21 | 14.41 |
| 36.00 | GRAPH-PULSATOR - NO CHARGE | | |
| 4.00 | Front Flange | 56.35 | 225.40 |
| 120.00 | Brush For PS | 12.90 | 1,548.00 |
| 36.00 | S.S. "T"Ferrule for Bush Cover | 11.58 | 416.88 |
| 3.00 | Pulley-Aluminum for I. Tube | 20.79 | 62.38 |

**Thank-You for your order**

Check/Credit Memo No:

| | |
|---|---:|
| Subtotal | 6,747.59 |
| Sales Tax | |
| Total Invoice Amount | 6,747.59 |
| Payment/Credit Applied | |
| **TOTAL** | 6,747.59 |

Overdue invoices are subject to late charges.

Exhibit I  
Page 4 of 10

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# INVOICE

Invoice Number: R093461
Invoice Date: Sep 17, 2009
Page: 1
*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Drake, James<br>W7579 Sexton Rd.<br>Elkhart Lake, WI 53020 | Jim<br>W 7579 Sexton Rd.<br>Elkhart Lake, WI 53020 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 1043 | | 10% 46 Days, Net 31th Next Mont |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| T2 | Hand Deliver | | 10/31/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | 7422 | Citric Acid, 25% | 503.70 | 503.70 |
| 1.00 | 3245 | SODIUM CHLORIDE, 25% | 1,302.39 | 1,302.39 |
| 220.00 | 1000C148S | IO SOFT 1000+10 | 7.71 | 1,696.20 |
| 1.00 | 1R243C | 4.875 x 33 SOCK KEN AG | 231.20 | 231.20 |
| 144.00 | 8514978 | LINER, MAGNUM 500M | 4.25 | 612.00 |
| 29.00 | 8202-7 | 7" CUT CLEAR AIR TUBE | 1.50 | 43.50 |
| 1.00 | 5600-5 | Cleaner, Lobe, V.P., | 67.74 | 67.74 |
| 2.00 | 8506213 | DIAPHRAGM, AIR INJECTOR | 11.90 | 23.79 |
| 2.00 | 8506230 | DISK, RUBBER, AIR INJECTOR | 7.21 | 14.41 |
| 36.00 | GRAPH-PULSATOR | GRAPH-PULSATOR - NO CHARGE | | |
| 4.00 | PS0833 | Front Flange | 56.35 | 225.40 |
| 120.00 | PS0112 | Brush For PS | 12.90 | 1,548.00 |
| 36.00 | PS0840 | S.S. "T"Ferrule for Bush Cover | 11.58 | 416.88 |
| 3.00 | PS0704 | Pulley-Aluminum for I. Tube | 20.79 | 62.38 |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 6,747.59 |
| Sales Tax | |
| Total Invoice Amount | 6,747.59 |
| Payment/Credit Applied | |
| **TOTAL** | 6,747.59 |

Overdue invoices are subject to late charges.

Exhibit I
Page 5 of 10

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

**To:**
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

# STATEMENT

Statement Date: Oct 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

*Corrected see attached invoices*

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| 9/13/09 | S28007-Main | | Service Tech. After Hours | 105.00 | 565.75 | 105.00 |
| | | | Service Tech Trip Charge | 15.00 | | 120.00 |
| | | | RUN CAPACITOR,80MFD,370/440VAC,RD | 48.21 | | 168.21 |
| | | | R22 Freon | 151.92 | | 320.13 |
| | | | 3/4" WATER VALVE | 245.62 | | 565.75 |
| | | | Prob: #1 compressor very hot & empty of freon - water valve leaked all freon out. | | | 565.75 |
| | | | Sol: Cooled compressor down, replaced water valve & pumped system down. Charged system up, changed run cap to 80mfd & tested system. | | | 565.75 |
| 9/17/09 | R093461 | | SODIUM CHOLORITE CONCENTRATE | 1,017.90 | 6085.55 | 1,583.65 |
| | | | CITRIC ACID CONCENTRATE | 126.15 | | 1,709.80 |
| | | | IO SOFT 1000+10 | 1,696.20 | | 3,406.00 |
| | | | 4.875 x 33 SOCK KEN AG | 231.20 | | 3,637.20 |
| | | | LINER,MAGNUM 500M | 612.00 | | 4,249.20 |
| | | | 7" CUT CLEAR AIR TUBE | 43.50 | | 4,292.70 |
| | | | Cleaner,Lobe,V.P., | 67.74 | | 4,360.44 |
| | | | DIAPHRAGM,AIR INJECTOR | 23.79 | | 4,384.23 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage **IA-10%**
Discount Total $ *1417.71*

Amount due if payment is received in our office by the 20th of the month and account is current $ ~~27548.37~~ *$27548.37*

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 28,966.08 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit I
Page 6 of 10

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# STATEMENT

Statement Date: Oct 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

To:
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| | | | DISK,RUBBER,AIR INJECTOR | 14.41 | | 4,398.64 |
| | | | GRAPH-PULSATOR - NO CHARGE | | | 4,398.64 |
| | | | Front Flange | 225.40 | | 4,624.04 |
| | | | Brush For PS | 1,548.00 | | 6,172.04 |
| | | | S.S. "T"Ferrule for Bush Cover | 416.88 | | 6,588.92 |
| | | | Pulley-Aluminum for I. Tube | 62.38 | | 6,651.30 |
| 9/23/09 | P091391 | | Brush Cover | 96.52 | 251.12 | 6,747.82 |
| | | | Small Plastic Gear for Brush | 154.60 | | 6,902.42 |
| 9/28/09 | R093563 | | IO SOFT 1000+10 | 3,392.40 | 3392.40 | 10,294.82 |
| 10/1/09 | R093599 | | FUL-BAC LIQ SNTZR 55G | 259.57 | 3882.26 | 10,554.39 |
| | | | BAC-DROP SANITIZER 15G | 305.86 | | 10,860.25 |
| | | | LINER,MAGNUM 500M | 612.00 | | 11,472.25 |
| | | | 7" CUT CLEAR AIR TUBE | 33.00 | | 11,505.25 |
| | | | KIT,HOSE,GUARDIAN II | 36.89 | | 11,542.14 |
| | | | DIAPHRAGM,RUBBER | 20.52 | | 11,562.66 |
| | | | 5/8" HOSE-ULTRA CLEAN | 19.25 | | 11,581.91 |
| | | | TUBE, B44-4X 3/8 ID X 1/16 WAL | 2.24 | | 11,584.15 |
| | | | DIAPHRAGM | 1,265.45 | | 12,849.60 |
| | | | ASSY,SENSOR/SHUTOFF | | | |
| | | | GRAPH-PULSATOR - NO CHARGE | | | 12,849.60 |
| | | | 2112 FILTER -REGULATOR FILTER | 24.30 | | 12,873.90 |
| | | | 2112 FILTER -PULSATION FILTER | 47.31 | | 12,921.21 |
| | | | Trigger Switch | 114.16 | | 13,035.37 |
| | | | Small Plastic Gear for Brush | 154.60 | | 13,189.97 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage  IA-10%
Discount Total  $ _____

Amount due if payment is received in our office by the 20th of the month and account is current  $ _____

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 28,966.08 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit I
Page 7 of 10

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# STATEMENT

Statement Date: Oct 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

To:
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| | | | S.S. Gear Bearing | 150.33 | | 13,340.30 |
| | | | Carrier Flange for Bearings | 155.50 | | 13,495.80 |
| | | | Flex.Drv.Cable Asy.Rev091107 | 391.72 | | 13,887.52 |
| | | | Brush Cover | 289.56 | | 14,177.08 |
| 10/5/09 | J3209 | | Puli-Sistems complete 2 hand unit | 11,147.00 | 14789.00 | 25,324.08 |
| | | | Includes teat scrubbers Washing Box and controls | | | 25,324.08 |
| | | | Spare Scrubber Assy with motor | 2,642.00 | | 27,966.08 |
| | | | Freight | 500.00 | | 28,466.08 |
| | | | Labor | 500.00 | | 28,966.08 |
| | | | Customer has 90 days to pay from 8/3/09. Due date is 11/3/09 | | | 28,966.08 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage    IA-10%
Discount Total    $ _____

Amount due if payment is received in our office by the 20th of the month and account is current   $ _____

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 28,966.08 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit I
Page 8 of 10

LDS inc d/b/a Lisowe Dairy Systems
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# Invoice

Invoice Number:
R093461

Invoice Date:
Sep 17, 2009

Page:
1

Duplicate

**Sold To:**

Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

**Ship to:**

Jim
W 7579 Sexton Rd.
Elkhart Lake, WI 53020

*Corrected*

| Sales / Service Rep | Customer ID | Ship Date |
|---|---|---|
| Truck 2 | 1043 | |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 15.00 gal | SODIUM CHOLORITE CONCENTRATE | 67.86 | 1,017.90 |
| 15.00 | CITRIC ACID CONCENTRATE | 8.41 | 126.15 |
| 220.00 | IO SOFT 1000+10 | 7.71 | 1,696.20 |
| 1.00 | 4.875 x 33 SOCK KEN AG | 231.20 | 231.20 |
| 144.00 | LINER,MAGNUM 500M | 4.25 | 612.00 |
| 29.00 | 7" CUT CLEAR AIR TUBE | 1.50 | 43.50 |
| 1.00 | Cleaner,Lobe,V.P., | 67.74 | 67.74 |
| 2.00 | DIAPHRAGM,AIR INJECTOR | 11.90 | 23.79 |
| 2.00 | DISK,RUBBER,AIR INJECTOR | 7.21 | 14.41 |
| 36.00 | GRAPH-PULSATOR - NO CHARGE | | |
| 4.00 | Front Flange | 56.35 | 225.40 |
| 120.00 | Brush For PS | 12.90 | 1,548.00 |
| 36.00 | S.S. "T"Ferrule for Bush Cover | 11.58 | 416.88 |
| 3.00 | Pulley-Aluminum for I. Tube | 20.79 | 62.38 |

**Thank-You for your order**

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 6,085.55 |
| Sales Tax | |
| Total Invoice Amount | 6,085.55 |
| Payment/Credit Applied | |
| **TOTAL** | 6,085.55 |

Overdue invoices are subject to late charges.

Exhibit I
Page 9 of 10

LDS inc-d/b/a Lisowe Dairy Systems  
946 Progress Way  
Chilton, WI 53014  
USA  

Voice: 920-849-2459  
Fax: 920-849-4713  

# Invoice

Invoice Number:  
R093461  

Invoice Date:  
Sep 17, 2009  

Page: 1  

Duplicate  

**Sold To:**  
Drake, James  
W7579 Sexton Rd.  
Elkhart Lake, WI 53020  

**Ship to:**  
Jim  
W 7579 Sexton Rd.  
Elkhart Lake, WI 53020  

*Original Bill sent*

| Sales / Service Rep | Customer ID | Ship Date | |
|---|---|---|---|
| Truck 2 | 1043 | | |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | SODIUM CHOLORITE CONCENTRATE = 1 gallon | 67.86 | 67.86 |
| 1.00 | CITRIC ACID CONCENTRATE = 1 gallon | 8.41 | 8.41 |
| 220.00 | IO SOFT 1000+10   actually received | 7.71 | 1,696.20 |
| 1.00 | 4.875 x 33 SOCK KEN AG   15 gallons — | 231.20 | 231.20 |
| 144.00 | LINER, MAGNUM 500M   typed in wrong | 4.25 | 612.00 |
| 29.00 | 7" CUT CLEAR AIR TUBE   unit of measure. | 1.50 | 43.50 |
| 1.00 | Cleaner, Lobe, V.P., | 67.74 | 67.74 |
| 2.00 | DIAPHRAGM, AIR INJECTOR   sorry | 11.90 | 23.79 |
| 2.00 | DISK, RUBBER, AIR INJECTOR | 7.21 | 14.41 |
| 36.00 | GRAPH-PULSATOR - NO CHARGE | | |
| 4.00 | Front Flange | 56.35 | 225.40 |
| 120.00 | Brush For PS | 12.90 | 1,548.00 |
| 36.00 | S.S. "T"Ferrule for Bush Cover | 11.58 | 416.88 |
| 3.00 | Pulley-Aluminum for I. Tube | 20.79 | 62.38 |

*Any questions please call Cindy @ 920-849-2459*

**Thank-You for your order**

Check/Credit Memo No:

Subtotal 5,017.77  
Sales Tax  
Total Invoice Amount 5,017.77  
Payment/Credit Applied  
**TOTAL** 5,017.77  

Overdue invoices are subject to late charges.

Exhibit I  
Page 10 of 10