

| DRAKE DAIRY INC. | | | | | | | 5676 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Lisowe Dairy Systems | | | | | 10/1/2009 | | |
| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
| 9/5/2009 | Bill | | | 12,534.77 | 12,534.77 | | 12,534.77 |
| | | | | | | Check Amount | 12,534.77 |

| Badger Checking 320 | 1043 | | | | | | 12,534.77 |

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

LDS inc d/b/a Lisowe Dairy Systems  
946 Progress Way  
Chilton, WI 53014  
USA  

Voice: 920-849-2459  
Fax: 920-849-4713  

**STATEMENT**

Statement Date: Sep 5, 2009  
Customer Account ID: 1043  

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

To:  
Drake, James  
W7579 Sexton Rd.  
Elkhart Lake, WI 53020  

*Rep. 1341.92*  
*Sup. 11,192.85*

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| 8/6/09 | P091330 | | Front Flange | 112.70 | 209.22 | 112.70 |
| | | | Brush Cover | 96.52 | | 209.22 |
| 8/6/09 | R093073 | | IO SOFT 1000+10 | 1,696.20 | 3473.25 | 1,905.42 |
| | | | LINER,MAGNUM 500M | 612.00 | | 2,517.42 |
| | | | 7" CUT CLEAR AIR TUBE | 57.00 | | 2,574.42 |
| | | | 5/8" HOSE-ULTRA CLEAN | 651.75 | | 3,226.17 |
| | | | TWIN PULSATOR AIR HOSE, CLEAR | 432.00 | | 3,658.17 |
| | | | GRAPH-PULSATOR - NO CHARGE | | | 3,658.17 |
| | | | 2112 FILTER -REGULATOR FILTER | 24.30 | | 3,682.47 |
| 8/6/09 | R27276 | | CITIRC ACID CONCENTRATE | 1,017.90 | 1144.05 | 4,700.37 |
| | | | SODIUM CHOLORITE CONCENTRATE | 126.15 | | 4,826.52 |
| 8/13/09 | R093140 | | FUL-BAC LIQ SNTZR 55G | 259.57 | 1920.50 | 5,086.09 |
| | | | 4.875 x 33 SOCK KEN AG | 24.31 | | 5,110.40 |
| | | | OIL, LUBRICATOR | 11.98 | | 5,122.38 |
| | | | Brush For PS | 1,548.00 | | 6,670.38 |
| | | | Santizer Carrier Pipe | 15.50 | | 6,685.88 |
| | | | Silicone Pipe | 6.95 | | 6,692.83 |
| | | | 2112 FILTER -PULSATION FILTER | 47.31 | | 6,740.14 |
| | | | ADJUSTING HOOK SINGLE 3" | 6.88 | | 6,747.02 |
| 8/20/09 | R093212 | | CONQUEST 55G | 731.90 | 4593.84 | 7,478.92 |
| | | | ACID GOLD HD, 55G | 438.92 | | 7,917.84 |
| | | | IO SOFT 1000+10 | 1,696.20 | | 9,614.04 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage  IA-10%  
Discount Total  $ *1392.76*

Amount due if payment is received in our office by the 20th of the month and account is current  $ *12534.77*

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 13,927.53 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit A  
Page 2 of 6

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# STATEMENT

Statement Date: Sep 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

**To:**
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| | | | BAC-DROP SANITIZER 15G | 305.86 | | 9,919.90 |
| | | | LINER,MAGNUM 500M | 612.00 | | 10,531.90 |
| | | | 7" CUT CLEAR AIR TUBE | 70.50 | | 10,602.40 |
| | | | Brush Cover | 96.52 | | 10,698.92 |
| | | | Small Plastic Gear for Drive | 154.60 | | 10,853.52 |
| | | | Small Plastic Gear for Brush | 185.52 | | 11,039.04 |
| | | | SOCKET HEAD CAP SCREW,,M4X50,A2,SS | 2.34 | | 11,041.38 |
| | | | LOCK NUT,NYLON,S.S.,M6-1.0 DIN | 0.69 | | 11,042.07 |
| | | | S.S. "T"Ferrule for Bush Cover | 138.96 | | 11,181.03 |
| | | | Large Plastic Gear | 59.93 | | 11,240.96 |
| | | | GRAPH-PULSATOR - NO CHARGE | | | 11,240.96 |
| | | | MATERNITY | | | 11,240.96 |
| | | | KIT,REPAIR,BVR-180/215 | 87.75 | | 11,328.71 |
| | | | 2112 FILTER -REGULATOR FILTER | 12.15 | | 11,340.86 |
| 8/31/09 | S27920 | | Service Tech - No charge | | 690.22 | 11,340.86 |
| | | | Service Tech Trip - No Charge | | | 11,340.86 |
| | | | Internal S.S. Bearing for Drive | 143.77 | | 11,484.63 |
| | | | S.S. Gear Bearing | 90.20 | | 11,574.83 |
| | | | S.S. "T"Ferrule for Bush Cover | 69.48 | | 11,644.31 |
| | | | S.S. Ferrules For Front Flange | 80.52 | | 11,724.83 |
| | | | Large Plastic Gear | 149.82 | | 11,874.65 |
| | | | Small Plastic Gear for Drive | 61.84 | | 11,936.49 |
| | | | Small Plastic Gear for Brush | 92.76 | | 12,029.25 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage   IA-10%
Discount Total   $ _____

Amount due if payment is received in our office by the 20th of the month and account is current   $ _____

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 13,927.53 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit A
Page 3 of 6

**LDS inc d/b/a Lisowe Dairy Systems**
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

# STATEMENT

Statement Date: Sep 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route),P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

To:
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| | | | Snap Ring, Small | 1.83 | | 12,031.08 |
| | | | Bushing, SS, 1/4" - No Charge | | | 12,031.08 |
| | | | Prob: 1) Alarm going off on | | | 12,031.08 |
| | | | Puli-Sistem. 2) Drop off spare | | | |
| | | | parts. 3) Bypass regulator. | | | |
| | | | Sol: 1) Minor fault alarm "Max Brush | | | 12,031.08 |
| | | | Hrs" was reached. Changed max | | | |
| | | | value from 150 to 500 & changed | | | |
| | | | the run value to 0. 2) Dropped off | | | |
| | | | spare parts. | | | |
| | | | 3) Removed regulator from circuit & | | | 12,031.08 |
| | | | tested operation. | | | |
| 9/3/09 | R093330 | | LINER,MAGNUM 500M | 612.00 | 1453.97 | 12,643.08 |
| | | | 7" CUT CLEAR AIR TUBE | 52.50 | | 12,695.58 |
| | | | SYNTHETIC LUBRICANT 10 hp | 16.50 | | 12,712.08 |
| | | | PERISTALTIC REPL. TUBE FOR 4.5 | 15.17 | | 12,727.25 |
| | | | COMPLETE SEAL INSTALL KIT | 108.44 | | 12,835.69 |
| | | | PLUG & STEM ASSY | 245.03 | | 13,080.72 |
| | | | BALL,RUBBER,2" | 109.84 | | 13,190.56 |
| | | | VALVE, BALL CHECK, 1-1/2", S.S | 134.02 | | 13,324.58 |
| | | | DUCK BILLS | 52.76 | | 13,377.34 |
| | | | GRAPH-PULSATOR - NO CHARGE | | | 13,377.34 |
| | | | BLACK MILK FILTER GASKET | 24.08 | | 13,401.42 |
| | | | W/TABS | | | |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage  IA-10%

Discount Total  $ _____

Amount due if payment is received in our office by the 20th of the month and account is current  $ _____

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 13,927.53 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit A
Page 4 of 6

## LDS inc d/b/a Lisowe Dairy Systems

946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

**To:**
Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

## STATEMENT

Statement Date: Sep 5, 2009
Customer Account ID: 1043

Discount may be only be applied on Invoices staring with R(route), P(parts) or S(service).

Discounts will not be applied on Invoices starting with J(job).

| Inv Date | Invoice | Status | Part Description | Ext Price | Amt Due on Inv | Acct Bal |
|---|---|---|---|---|---|---|
| | | | GASKET, TRI-CLAMP, FLG, 4" | 11.21 | | 13,412.63 |
| | | | AMBIC SPRAY TIPS | 25.11 | | 13,437.74 |
| | | | 2112 FILTER -PULSATION FILTER | 47.31 | | 13,485.05 |
| 9/3/09 | P091369 | | Drive Shaft,SSw/SnapRingGroove | 40.00 | 442.48 | 13,525.05 |
| | | | FRONT FLANGE | 402.48 | | 13,927.53 |

Past due accounts subject to Finance charge of 1% per month on unpaid balance

Discount Percentage    IA-10%
Discount Total    $ _____

Amount due if payment is received in our office by the
20th of the month and account is current  $ _____

| Current | 31 to 60 | 61-90 | Over 90 days |
|---|---|---|---|
| 13,927.53 | 0.00 | 0.00 | 0.00 |

Thank-you for your business

Exhibit A
Page 5 of 6

# Invoice

Invoice Number:
R27276

Invoice Date:
Aug 6, 2009

Page:
1

LDS inc d/b/a Lisowe Dairy Systems
946 Progress Way
Chilton, WI 53014
USA

Voice: 920-849-2459
Fax: 920-849-4713

Duplicate

**Sold To:**

Drake, James
W7579 Sexton Rd.
Elkhart Lake, WI 53020

**Ship to:**

Jim
W 7579 Sexton Rd.
Elkhart Lake, WI 53020

| Sales / Service Rep | Customer ID | Ship Date | |
|---|---|---|---|
| Truck 1 | 1043 | | |
| Quantity | Description | Unit Price | Extension |
| 15.00 | CITIRC ACID CONCENTRATE | 67.86 | 1,017.90 |
| 15.00 | SODIUM CHOLORITE CONCENTRATE | 8.41 | 126.15 |

**Thank-You for your order**

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 1,144.05 |
| Sales Tax | |
| Total Invoice Amount | 1,144.05 |
| Payment/Credit Applied | |
| **TOTAL** | 1,144.05 |

Overdue invoices are subject to late charges.