IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALPHA TECHNOLOGY U.S.A.
CORPORATION d/b/a FUTURECOW,

    Plaintiff,

v.

MLSNA DAIRY SUPPLY, INC. d/b/a
MTECH DAIRY SOLUTIONS, and
PHIL MLSNA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  13-cv-870-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing all claims and counterclaims with prejudice and denying defendants' request for attorney's fees and costs pursuant to 35 U.S.C. § 285.

/s/                                                              January 9, 2015

Peter Oppeneer, Clerk of Court                      Date